UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:20CR00032-KDB-DSC-1

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
|  | ) | ORDER |
| ABBY LEIGH HATCHER, | ) |  |
| Defendant, | ) |  |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **ABBY LEIGH HATCHER**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is therefore **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: May 26, 2021

Kenneth D. Bell
United States District Judge