# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 5:20-cr-32-KDB |
| v. | ) | |
| | ) | |
| ABBY LEIGH HATCHER | ) | **ORDER** |
| | ) | |

**THIS MATTER** is before the Court on the Government's "Notice of Appeal, Motion for Revocation of Conditions of Release, and Motion for Order of Detention" (Doc. No. 49). Having reviewed the motions, the Court finds that this case involves a rebuttable presumption in favor of detention, under 18 U.S. Code Section 3142, and that Defendant cannot rebut said presumption. Therefore, the Government's appeal, its motion to revoke the release order, and its motion for detention are hereby **GRANTED**.

**IT IS THEREFORE ORDERED**, under 18 U.S. Code Sections 3142 and 3145, that the release order of the United States Magistrate Judge for Central District of California (Santa Ana), is hereby revoked, and **IT IS FURTHER ORDERED** that the Defendant shall be **DETAINED** until further order of this Court.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, and, by e-mail via ECF, to the United States Attorney's Office and Federal Defender's Office (Jason_Hannon@fd.org).

**SO ORDERED.**

Signed: May 24, 2022

Kenneth D. Bell
United States District Judge